UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA            :

          V.                                 MAG. NO.   10-2526(DEA)
                                    :

ZACHERY PALMER
                                    :    O R D E R



          The financial inability of the defendant to retain counsel
having  been  established  by  the  Court, and  the defendant not
having waived the appointment of counsel,

          It is on this 30TH day of   JULY , 2009,

ORDERED that _____LISA VAN HOECK_____ from the Office of
the Federal Public Defender for the District of New Jersey is
hereby appointed to represent said defendant is this cause until
further order of the Court.




                                    _____
                                    DOUGLAS E. ARPERT
                                    U.S. Magistrate Judge